*E-FILED: May 10, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER CALUB,<br><br>    Plaintiff,<br><br>  v.<br><br>CREDITOR'S INTERCHANGE,<br>RECEIVABLE MANAGEMENT, LLC; MS.<br>BAKER; MS. JORDAN; and DOES 1-10,<br><br>    Defendants. | No. C12-00524 LHK (HRL)<br><br>**ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER TO ALLOW ALL DEPOSITIONS BY TELEPHONE/VIDEO CONFERENCE**<br><br>[Re: Docket No. 22] |

All discovery matters having been referred to the undersigned for disposition, this court rules on plaintiff's "Ex Parte Application for Order to Allow All Depositions by Telephone/Video Conference" as follows:

Notwithstanding plaintiff's assertions to the contrary, defendants advise that they never "rejected" his request for a stipulation that all depositions be conducted by Skype or by telephone. On the record presented, however, it is not clear that defendants have agreed to it either. Accordingly, the parties are directed to meet-and-confer in good faith about the matter; and, if they are in agreement, they shall file a stipulation and proposed order clearly indicating their agreement. If good faith meet-and-confer negotiations fail to resolve the matter, the parties shall comply with the undersigned's Standing Order re Civil Discovery Disputes. (The parties are advised that any and all future discovery disputes must be presented in compliance

with that standing order.)

SO ORDERED.

Dated: May 10, 2012


HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-00524-LHK Notice has been electronically mailed to:

2  Larissa G. Nefulda    lNefulda@lbbslaw.com, rrojas@lbbslaw.com

3  Ronald Wilcox    ronaldwilcox@post.harvard.edu

4  Stephen H. Turner    turner@lbbslaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.