Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Attorney for Plaintiff
CHRISTOPHER CALUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER CALUB,<br><br>             Plaintiff,<br><br>     vs.<br><br>CREDITOR'S INTERCHANGE, RECEIVABLE MANAGEMENT, LLC., MS. BAKER, MS. JORDAN and DOES 1-10,<br><br>             Defendants. | CASE NO. CV 12-00524 LHK<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO STRIKE and [PROPOSED] ORDER**<br><br>Trial Date:       None Set |

The parties hereby agree Plaintiff shall have until June 22, 2012 to file any Motion to Strike regarding the Answer of Hassadah Jordan (Docket #24).

DATED: May 25, 2012                    RONALD WILCOX, ESQ.


                                       By:    /s/Ronald Wilcox
                                              Ronald Wilcox
                                              Attorney for Plaintiff Christopher Calub


DATED: May 25, 2012                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                       By:    /s/Larissa Nefulda
                                              Stephen H. Turner
                                              Larissa Nefulda
                                              Attorney for Defendant Creditor's Interchange
                                              Receivable Management, LCC

                                                    1                              CV 12-00524 LHK
              STIPULATION TO EXTEND TIME TO FILE MOTION TO STRIKE and [PROPOSED] ORDER

**[Proposed] ORDER**

The Court adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date: June 11, 2012

*Lucy H. Koh*
HON. LUCY KOH
U.S. DISTRICT COURT JUDGE