Ronald Wilcox
Attorney at Law
1900 The Alameda, Suite 530
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

Attorney for Plaintiff
CHRISTOPHER CALUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER CALUB,<br><br>Plaintiff,<br><br>vs.<br><br>CREDITOR'S INTERCHANGE, RECEIVABLE MANAGEMENT, LLC., MS. BAKER, MS. JORDAN and DOES 1-10,<br><br>Defendants. | CASE NO. CV 12-00524 LHK<br><br>**STIPULATION TO EXTEND TIME TO FILE MOTION TO STRIKE and [PROPOSED] ORDER**<br><br>Trial Date:  None Set |

The parties hereby agree Plaintiff shall have until June 22, 2012 to file any Motion to Strike regarding the Answer of Hassadah Jordan (Docket #24).

DATED: May 25, 2012          RONALD WILCOX, ESQ.


                             By:  /s/Ronald Wilcox
                                  Ronald Wilcox
                                  Attorney for Plaintiff Christopher Calub


DATED: May 25, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP


                             By:  /s/Larissa Nefulda
                                  Stephen H. Turner
                                  Larissa Nefulda
                                  Attorney for Defendant Creditor's Interchange
                                  Receivable Management, LCC

1                                                                    CV 12-00524 LHK
STIPULATION TO EXTEND TIME TO FILE MOTION TO STRIKE and [PROPOSED] ORDER

**[P̶r̶o̶p̶o̶s̶e̶d̶] ORDER**

The Court adopts the stipulation of the parties.

**IT IS SO ORDERED.**

Date: June 11, 2012

*Lucy H. Koh*
HON. LUCY KOH
U.S. DISTRICT COURT JUDGE