UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER CALUB,<br><br>    Plaintiff,<br><br>v.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC; MS. BAKER; MS. JORDAN; and DOES 1-10,<br><br>    Defendants. | Case No.: 12-CV-00524-LHK<br><br>ORDER RE TENTATIVE SETTLEMENT |

On June 8, 2012, Plaintiff informed the Court that the parties have entered into a tentative settlement and anticipate filing a stipulation of dismissal around July 1, 2012. ECF No. 34. A case management conference is set for July 11, 2012, at 2:00 p.m. By July 6, 2012, the parties shall file either: (1) their stipulation of dismissal or (2) a joint case management statement. By June 15, 2012, Plaintiff shall either: (1) withdraw his motion to strike affirmative defenses, set for a hearing on July 19, 2012; or (2) file a statement explaining why the hearing on the motion to strike should not be vacated in light of the parties' tentative settlement.

**IT IS SO ORDERED.**

Dated: June 11, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00524-LHK
ORDER RE TENTATIVE SETTLEMENT