1
2
3
4
5
6
7
8

9           UNITED STATES DISTRICT COURT

10     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

| | |
|---|---|
| CHRISTOPHER CALUB, | CASE NO. CV 12-00524 LHK |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER TO STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC, | Assigned to: The Hon. Lucy H. Koh |
| Defendant. | Trial Date:    None Set |

Having reviewed the filed Stipulation Re: Dismissal of Entire Action With Prejudice, signed by counsel for Plaintiff CHRISTOPHER CALUB and counsel for Defendants CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC and HADASSAH JORDAN, this Court hereby orders that this matter be dismissed in its entirety, with prejudice.  The Clerk shall close the file.

/ / /

/ / /

/ / /


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4828-4650-7536.1                                                                                         CV12-00524

1     IT IS SO ORDERED.

2

3   DATED:   June 25, 2012

4

5

6                                          *Lucy H. Koh*

7                                          The Hon. Lucy H. Koh
                                           United States District Court
8                                          Northern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW