UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER CALUB,<br><br>    Plaintiff,<br><br>vs.<br><br>CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC,<br><br>    Defendant. | CASE NO. CV 12-00524 LHK<br><br>[PROPOSED] ORDER TO STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Assigned to:<br>The Hon. Lucy H. Koh<br><br>Trial Date:    None Set |

Having reviewed the filed Stipulation Re: Dismissal of Entire Action With Prejudice, signed by counsel for Plaintiff CHRISTOPHER CALUB and counsel for Defendants CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC and HADASSAH JORDAN, this Court hereby orders that this matter be dismissed in its entirety, with prejudice. The Clerk shall close the file.

/ / /

/ / /

/ / /

IT IS SO ORDERED.

DATED: June 25, 2012

_Lucy H. Koh_
The Hon. Lucy H. Koh
United States District Court
Northern District of California